JOHN A. DERAISMES, Executor, etc., Respondent, *v.* LAURENCE ENNIS, Appellant.

(Argued October 15, 1886; decided October 29, 1886.)

*Robert S. Johnstone* for appellant.

*E. S. Cowles* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.